UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINA and BRENDA STEVENS,<br>Defendants. | Case No. 5:23-cv-1421 JGB (SHK)<br><br>**ENTRY OF JUDGMENT AND ORDER GRANTING THE PARTIES' STIPULATION TO DISMISS THE UNITED STATES' COMPLAINT AND INCORPORATE SETTLEMENT AGREEMENT INTO THE COURT'S JUDGMENT** |

Pursuant to the Stipulation to Dismiss the United States' Complaint And Incorporate Settlement Agreement Into the Court's Judgment (ECF No. 41) ("Stipulation") filed by the Parties in this action on July 30, 2024, IT IS HEREBY ORDERED AND ADJUDGED THAT, pursuant to the terms of the Settlement Agreement ("Agreement") reached by the Parties, the United States' Complaint (ECF No. 1) is dismissed with prejudice and the Agreement attached to the Stipulation as Exhibit 1 is incorporated into and made part of this Judgment. This

Court will retain continuing jurisdiction to enforce the terms of the Agreements consistent therewith.

Dated: August 6, 2024

Honorable Jesus G. Bernal
United States District Judge